No. 83–6735.   PABLO-LUGONES v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 83–6737.   THREAT v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 83–6739.   PONCE DE LEON v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 83–6743.   COOPER v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 83–6744.   RUSSELL v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–6745.   MCKINNEY v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 83–6747.   ODOM v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–6750.   HILL v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 83–6754.   RUSK v. MARYLAND.   C. A. 4th Cir.   Certiorari denied.

No. 83–6762.   EVANS v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 83–6764.   GARCIA-ARRAY v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 83–778.   WAMBHEIM ET AL. v. J. C. PENNEY CO., INC. C. A. 9th Cir.   Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 83–1498.   BLACK CITIZENS FOR A FAIR MEDIA ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.   JUSTICE MARSHALL took no part in the consideration or decision of this petition.